

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Lloyd Gipson Carter v. The State of Texas

Appellate case number:   01-18-00116-CR

Trial court case number: 1488008

Trial court:             176th District Court of Harris County

This Court's April 12, 2018 Order had requested that both the presentence investigation ("PSI") report and the reporter's record of the PSI sentencing hearing, held on November 8, 2017, be filed in this Court by May 7, 2018. To date, only the PSI report has been filed in a sealed supplemental clerk's record on April 27, 2018, and again on May 15, 2018.

Accordingly, the Court **ORDERS** the court reporters, identified as **Mary Ann Rodriguez or Arlene Webb**, to file the reporter's record for the November 8, 2017 PSI sentencing hearing or an info sheet **within 10 days of the date of this Order**. *See* TEX. R. APP. P. 34.6(d).

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes
                    X Acting individually     ☐ Acting for the Court

Date: May 17, 2018